| United States District Court | District **OF PUERTO RICO** | |
|---|---|---|
| Name of Movant **GABRIEL MORALES—MADERA** | Prisoner No. **20820—069** | Case No. **CR—97—271** |

Place of Confinement

**Low Security Correctional Institution at Butner**

UNITED STATES OF AMERICA        V.    **GABRIEL MORALES—MADERA**
(name under which convicted)

## MOTION

1.  Name and location of court which entered the judgment of conviction under attack    **United States District**

**Court for the District of Puerto Rico (First Circuit)**

2.  Date of judgment of conviction  **January 22, 2002**

3.  Length of sentence  **Two Hundred & Fifty Months**

4.  Nature of offense involved (all counts)  **Conspiracy to Possess With The Intent to Distribute and**

**Distribute More than 5 Kilograms of Cocaine, 1 Kilograms of Heroin & Multi Kilograms**

**of Marijuana.  In violation of Title 21 U.S.C. §§846 & 841(a)(1).**

5.  What was your plea? (Check one)
    (a)  Not guilty        **x**
    (b)  Guilty
    (c)  Nolo contendere

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6.  If you pleaded not guilty, what kind of trial did you have? (Check one)
    (a)  Jury            **x**
    (b)  Judge only

7.  Did you testify at the trial?
    Yes          No  **x**

8.  Did you appeal from the judgment of conviction?
    Yes          No  **x**

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
05 APR 25 AM 9: 29

(2)

9.     If you

    (a) Name of court    **First Circuit Court of Appeals  Case No. 02-1220**

    (b) Result    **Affirmed**

    (c) Date of result    **November 20, 2003**

10.   Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
Yes      No  **x**

11.   If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

_____

        (3) Grounds raised _____

_____

_____

_____

_____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes      No

    (5) Result _____

    (6) Date of result _____

  (b) As to any second petition, application or motion give the same information:

    (1) Name of court _____

    (2) Name of proceeding _____

_____

    (3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?

     Yes       No

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

    (1) First petition, etc.      Yes      No

    (2) Second petition, etc.      Yes      No

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.   State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use  evidence gained pursuant to an unconstitutiona.  arch and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.


A. Ground one: **Ineffective Assistance of Counsel for Failure to Ensure That**

**Petitioner Be Sentenced As The Result of A General Verdict Requiring Sentencing**

**Only To Marijuana.**

Supporting FACTS (state *briefly* without citing cases or law):   **(See Memoradum of Law Attached)**


B. Ground two: **Ineffective Assistance of Counsel For Failure to Refute the Conviction**

**On The Ground That The Indictment Failed To State An Offense.**

Supporting FACTS (state *briefly* without citing cases or law):  **(See Memorandum of Law Attached)**


C. Ground three: **Ineffective Assitance of Counsel For Failure to Refute All Out Of Court**

**Testimony & Statement(s) In Violation of the 6th AMendment and Crawford vs. U.S.**

Supporting FACTS (state *briefly* without citing cases or law):   **(See Memorandum of Law Attached)**

D. Ground four: <u>Ineffective Assistance of Counsel For Failure to Refute The Court's</u>

<u>Reliance Upon 150 Kilograms of Cocaine via Preponderance In Violation of Petitioner's</u>

<u>6th Amendment Right Infringing Upon</u> <u>Blakely v. Washington</u> and <u>United States v. Booker.</u>
    Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so
    presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes          No **x**

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked
    herein:

    (a)  At preliminary hearing   **Johnny Rivera Gonzalez, Esq. Attorney at Law**
                                   **652 Avenida Munoz Rivera Suite 3125**
                                   **San Juan, Puerto Rico 00918 4261**

    (b)  At arraignment and plea          **Same as above .**

    (c)  At trial                   **Same as above.**

    (d)  At sentencing              **Same as above.**

(e)  On appeal _____ same as (15-a) of this motion

_____

_____

(f)  In any post-conviction proceeding ____ **n/a** ____

_____

_____

(g)  On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes _____    No **x**

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes _____    No **x**

(a)  If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b)  Give date and length of the above sentence: _____

_____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes _____    No **x**

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
**Gabriel Morales-Madera**
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

**MARCH 28, 2005**
Date

_____
**Gabriel Morales-Madera**
Signature of Movant