UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
Office of the Clerk
Frances Rios de Moran
150 Degetan Federal Building
Carlos Chardon Avenue
Hato Rey, Puerto Rico
00918-1767

March 28, 2005

Re: Filing Timely Title 28 U.S.C. Section
2255 & Recall of Extension Request - Inclusive of Notice
Of Request To File Memorandum In Support of 2255

Dear Clerk of Court:

Please consider this memoradnum as my official notification and absolute timely filing of the attached hereto Title 28 U.S.C. Section 2255 that includes one original and two copies with signatures attached.

Accordingly, my pleadings require extensive research and the assistance of jail-house counsel in that with my limited education, inability of proficient English, inclusive of my lack of knowledge and or ability to perfect the issues as asserted in my 2255 pleadings; so require that I be assisted by jailed house counsel.

As you can tell in the pleadings filed March 1, 2005 requesting an extension to file my 2255 the inmate assistaing did not know that an extension can not be granted without the 2255 motion being filed timely.

Therefore, I am filing this timely 2255 in that it is not necessary for the extension.

Respectfully submitted,

Gabriel Morales-Madera
Reg. No. 20820-069
LSCI Butner - Post Office Box 0999
Butner, North Carolina 27509-0999